# EXHIBIT A

PRINTED BY: PHARMACY AUTOMATION SUPPLIES • 1-800-798-1401

**DISCOUNT DRUGS, INC.**
16650 S. HARLEM AVE.   TINLEY PARK, IL 60477
PHONE (708) 468-8603   FAX (708) 781-9415

Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

# HP LaserJet 400 M401n

# HP Web Services

## Enable HP Web Services

THIRD PARTY ___ DECLINED PATIENT COUNSELING ___ DUR ___ N.S.C.

NOTE: HP Web Services requires the printer to be connected to a network.

1. Once the printer is connected to a network, enter the printer's ne**Signature**ddress into a Web browser. To find the printer's IP address, refer to the printer's user guide, or reprint this page after the printer is connected to the network.

2. On the web page that appears, click on the HP Web Services **DISCOUNT DRUGS, INC.**
16650 S. HARLEM AVE. • TINLEY PARK, IL 60477                                          PHONE (708) 468-860
                                                                                       FAX (708) 781-941

- WE FILL ALL PRESCRIPTIONS FROM OTHER
3. Review and accept the terms of use, and then click the Enable button.
  DOCTORS AND HOSPITALS

- ASK ABOUT OUR LOW - LOW PRICES
  AND COMPARE.

## HP ePrint

Print from Anywhere

HP's free ePrint service provides an easy way to print from e-mail, anywhere and anytime. Simply
attach **DISCOUNT DRUGS, INC.** it to this printer's e-mail address, and it will print

THIS IS YOUR RECEIPT, PLEASE RETAIN FOR TAX OR INSURANCE PURPOSES
**Pharmacy (708) 468-8603**         **FAX (708) 781-9415**

THIS SPECIFIC INFORMATION MAY OR MAY NOT APPLY TO YOUR CONDITION, PLEASE CONSULT YOUR DOCTOR
le types include .pdf, .jpg, .tif, and Microsoft Office(R) documents.

NOTE: Attachments may print differently than they appear in the software program which created them, depending on the original fonts and layout options used.

Your Printer is Protected

To help prevent unauthorized e-mail, HP assigns a random e-mail address to your printer, never publicizes this address, and by default does not respond to any sender. ePrint also provides industry-standard spam filtering and transforms e-mail and attachments to a print-only format to reduce the threat of a virus or other harmful content.

NOTE: The ePrint service does not filter e-mails based on content, so it cannot prevent objectionable or copyrighted material from being printed.

## HP ePrintCenter

Use the HP ePrintCenter Web Site

Use HP's free ePrintCenter Web site to set up increased security for ePrint, specify the e-mail addresses that are allowed to send e-mail to your printer, get Print Apps (if available for your product), and access other free services.

* Go to the HP ePrintCenter Web site for more information and specific terms and conditions:
  www.hpePrintCenter.com

DISCOUNT DRUGS, INC.
16650 S. HARLEM AVE.    TINLEY PARK, IL 60477
PHONE (708) 468-8603    FAX (708) 781-9415

Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

## HP LaserJet 400 M401n

# HP Web Services

### Enable HP Web Services

| THIRD PARTY | DECLINED PATIENT COUNSELING | DUR | N.S.C. |

NOTE: HP Web Services requires the printer to be connected to a network.

1. Once the printer is connected to a network, enter the printer's network address into a Web browser. To find the printer's IP address, refer to the printer's user guide, or reprint this page after the printer is connected to the network.

Signature _____

2. On the Web page that appears, click on the HP Web Services tab.

DISCOUNT DRUGS, INC.
16650 S. HARLEM AVE. • TINLEY PARK, IL 60477
PHONE (708) 468-8603
FAX (708) 781-9415

3. Review and accept the terms of use, and then click the Enable button.

- WE FILL ALL PRESCRIPTIONS FROM OTHER DOCTORS AND HOSPITALS
- ASK ABOUT OUR LOW - LOW PRICES AND COMPARE.

### HP ePrint

Print from Anywhere

HP's free ePrint service provides an easy way to print from e-mail, anywhere and anytime. Simply attach it to this printer's e-mail address and it will print

THIS IS YOUR RECEIPT, PLEASE RETAIN FOR TAX OR INSURANCE PURPOSES
DISCOUNT DRUGS, INC.    Pharmacy (708) 468-8603    FAX (708) 781-9415
THIS SPECIFIC INFORMATION MAY OR MAY NOT APPLY TO YOUR CONDITION. PLEASE CONSULT YOUR DOCTOR.

file types include .pdf, .jpg, .tif, and Microsoft Office(R) documents.

NOTE: Attachments may print differently than they appear in the software program which created them, depending on the original fonts and layout options used.

Your Printer is Protected

To help prevent unauthorized e-mail, HP assigns a random e-mail address to your printer, never publicizes this address, and by default does not respond to any sender. ePrint also provides industry-standard spam filtering and transforms e-mail and attachments to a print-only format to reduce the threat of a virus or other harmful content.

NOTE: The ePrint service does not filter e-mails based on content, so it cannot prevent objectionable or copyrighted material from being printed.

### HP ePrintCenter

Use the HP ePrintCenter Web Site

Use HP's free ePrintCenter Web site to set up increased security for ePrint, specify the e-mail addresses that are allowed to send e-mail to your printer, get Print Apps (if available for your product), and access other free services.

- Go to the HP ePrintCenter Web site for more information and specific terms and conditions: www.hpePrintCenter.com

PRINTED BY: PHARMACY AUTOMATION SUPPLIES • 1-800-798-1401

**DISCOUNT DRUGS, INC.**
16650 S. HARLEM AVE.  TINLEY PARK, IL 60477
PHONE (708) 468-8603  FAX (708) 781-9415

Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

# HP LaserJet 400 M401n

# HP Web Services

## Enable HP Web Services

NOTE: HP Web Services requires the printer to be connected to a network.

1. Once the printer is connected to a network, enter the printer's web address into a Web browser. To find the printer's IP address, refer to the printer's user guide, or reprint this page after the printer is connected to the network.

2. On the Web page that appears, click on the HP Web Services tab, review and accept the terms of use, and then click the Enable button.

THIRD PARTY    DECLINED PATIENT COUNSELING    DUR    N.S.C.

Signature _____

**DISCOUNT DRUGS, INC.**
16650 S. HARLEM AVE. • TINLEY PARK, IL 60477
PHONE (708) 468-8603
FAX (708) 781-9415

- WE FILL ALL PRESCRIPTIONS FROM OTHER DOCTORS AND HOSPITALS
- ASK ABOUT OUR LOW - LOW PRICES AND COMPARE.

## HP ePrint

Print from Anywhere

HP's free ePrint service provides an easy way to print from email, anywhere and anytime. Simply attach a document or picture to an email message and send it to this printer's email address. The attachment will print — including the email message. Supported file types include .pdf, .jpg, .tif, and Microsoft Office(R) documents.

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR TAX OR INSURANCE PURPOSES

**DISCOUNT DRUGS, INC.**    Pharmacy (708) 468-8603    FAX (708) 781-9415
THIS SPECIFIC INFORMATION MAY OR MAY NOT APPLY TO YOUR CONDITION. PLEASE CONSULT YOUR DOCTOR.

NOTE: Attachments may print differently than they appear in the software program which created them, depending on the original fonts and layout options used.

Your Printer is Protected

To help prevent unauthorized e-mail, HP assigns a random e-mail address to your printer, never publicizes this address, and by default does not respond to any sender. ePrint also provides industry-standard spam filtering and transforms e-mail and attachments to a print-only format to reduce the threat of a virus or other harmful content.

NOTE: The ePrint service does not filter e-mails based on content, so it cannot prevent objectionable or copyrighted material from being printed.

## HP ePrintCenter

Use the HP ePrintCenter Web Site

Use HP's free ePrintCenter Web site to set up increased security for ePrint, specify the e-mail addresses that are allowed to send e-mail to your printer, get Print Apps (if available for your product), and access other free services.

- Go to the HP ePrintCenter Web site for more information and specific terms and conditions: www.hpePrintCenter.com