# EXHIBIT B

.  Connected

- United States (English)

- Sign In

Access various HP services with a single account,Create your HP Connectedaccount
Go to next section

# HP Connected Services



**Instant Ink**[*]

Original HP Ink ordered by your printer, delivered to your door.
As low as $2.99 per month.



## ePrint

Use your mobile devices to print directly to your HP ePrint enabled printer.



## Sprout*

Sprout is the all-in-one computer and the heart of your 3D creative imagination.

Print all you want, all the time,Learn more



# Print virtually from anywhere

### If you can email it, you can print it.**

Print virtually from anywhere, Learn more



Create something beyond imagination with Sprout,Learn more

# Begin your journey - the HP Connected way

To begin your journey the HP connected way, please clickCreate your account

\* Available only in select countries

\*\* ePrint requires an internet connection to an HP web-connected printer. App or software and HP connected account registration may also be required. Wireless broadband use required separately purchased service contract for mobile devices. Check with service provider for coverage and availability in your area. See mobile printing.

© Copyright 2016 HP Development Company, L.P.