# AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

Case No.: **17 CV 01298**

Plaintiff: **Discount Drugs of Illinois, Inc.**
vs.
Defendant: **Hewlett Packard Enterprise Company, et al.**

I, Pradip Kissoondyal, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of California.

Type of Process: **Summons in a Civil Case, Class Action Complaint, Exhibits, Civil Cover Sheet, Attorney Appearance Form and Plaintiff's Motion for Class Certification**

Defendant to be served: **Hewlett Packard Enterprise Company, c/o CT Corporation System**

Address where attempted or served: **818 West 7th Street, Suite 930, Los Angeles, CA 90017**

On 2/27/17 at 12:00 PM, I [✓] Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☑ CORPORATE SERVICE: By leaving a copy of this process with Vivian Imperial of CT Corporation (Title) Registered Agent, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with ______________ (Relationship)______________, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on ____________, 2017.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

______________________________________________

______________________________________________

Description of person process was left with:

Sex: Female Race: Hispanic Hair: Black Approx. Age: 30 Height: 5'6" Weight: 140

Comments: ______________________________________________

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X [signature]

Pradip Kissoondyal
(Print Name)

State of California
County of Los Angeles

Subscribed and Sworn to before me on this 3rd day of March, 2017

[signature: Ann E Yost]
Signature of Notary Public

ANN E. YOST
COMM. # 2177033
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 5, 2021

Job: 361900
File: